[No. 16761–8–I. Division One. November 17, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
EL TERVINO WOODS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–8–01755–4, James D. McCutcheon, Jr., J., entered June 13, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 16405–8–I. Division One. November 17, 1986.]

RAYMOND B. MOSELEY, JR., *Appellant,* v. ROBERTA
M. MOSELEY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–10228, James J. Dore, J., entered April 29, 1985. *Affirmed* by unpublished opinion per Callow, J. Pro Tem., concurred in by Cone and Revelle, JJ. Pro Tem.

[No. 19001–6–I. Division One. November 17, 1986.]

LINDA ERICKSON, *Respondent,* v. KING COUNTY,
*Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–14828–8, Arthur E. Piehler, J., entered August 18, 1986. *Remanded* by unpublished per curiam opinion.

[No. 16991–2–I. Division One. November 17, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. LOREN
G. JUDSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–03678–6, Richard M. Ishikawa, J., entered August 19, 1985. *Dismissed* by unpublished per curiam opinion.